IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:97-cr-184-12-1FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v | ) | |
| | ) | ORDER |
| HOMER ORLANDO HORTON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 635 ) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motion is **DENIED** for reasons stated in the two Presentence Investigation Reports and prior Court's Order (Doc.# 688, 689 and 700).

**IT IS SO ORDERED**.

Signed: October 13, 2009

Frank D. Whitney
United States District Judge